UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES WEAVER, ) <br> ) <br> Defendant. ) <br> ) | NO. CR10-5409BHS <br><br> ORDER <br><br> Noted: May 22, 2013 |

The Court having considered the Joint Motion of the Parties to reverse the order of the United States Magistrate Judge dismissing the information in this case, to reinstate the charge, and to remand for further proceedings,

NOW ORDERS that in light of *United States v. Perelman*, 695 F.3d 866 (9th Cir. 2012), *cert. denied* _ U.S. _, 2013 WL 1942584 (May 13, 2013), the order of the United States Magistrate Judge holding 18 U.S.C. § 704(a) to be unconstitutional should be reversed, and the Information charging James Weaver with a violation of this statute should be reinstated, and the case remanded to the United States Magistrate Judge for further proceedings.

Dated this 30th day of May, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney


*/s/ Jay Stansell*
JAY STANSELL
Assistant Federal Public Defender
Counsel for James Weaver

ORDER /WEAVER- 1
No. CR10-5409BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970